USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  _____________________ No. 96-2306 UNITED STATES, Appellee, v. RONDA R. NICHOLS, A/K/A RONDA R. BURKE, Defendant, Appellant. ____________________ ERRATA SHEET The opinion of this court issued on April 8, 1997 is amended as follows: On cover sheet, the name of "[Hon. David M. Cohen, U.S. Magistrate Judge]" should be changed to read "[Hon. D. Brock Hornby, U.S. District Judge]." [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2306 UNITED STATES, Appellee, v. RONDA R. NICHOLS, A/K/A RONDA R. BURKE, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ____________________ Before Torruella, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Tina Schneider on brief for appellant. ______________ Jay P. McCloskey, United States Attorney, F. Mark Terison and _________________ _________________ Donald E. Clark, Assistant United States Attorneys, on brief for ________________ appellee. ____________________ April 8, 1997 ____________________ Per Curiam. Upon careful consideration of the briefs __________ and record, we conclude that defendant's sentence properly was enhanced under U.S.S.G. 3A1.1(b). The district court's findings adequately pointed to the victim's particular vulnerability, including her advanced age and inability to keep track of her finances, and to defendant's knowledge thereof during the extended period of the offense. Those findings were not clearly erroneous and sufficiently supported the 3A1.1(b) enhancement. See United States v. ___ _____________ Feldman, 83 F.3d 9, 15-17 (1st Cir. 1996). _______ Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-